# EXHIBIT "F"

# PROOF OF SERVICE
*CCP 1013A(3)*

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 970 West 190th Street, Suite 700, Torrance, California 90502-1091.

On March 9, 2020 I served the foregoing document described as **FCA US LLC'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL** on all interested parties in this action by placing ( ) the original (**X**) true copy(ies) thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Sharon E. Glassey, Esq.<br>Christopher T. Smith, Esq.<br>Zachary H. Rankin, Esq.<br>Glassey \| Smith<br>9685 Via Excelencia, Suite 108<br>San Diego, CA 92126 | **ATTORNEYS FOR PLAINTIFFS**<br><br>Tel:   858/ 207-6127<br>Fax:   858/ 263-0218<br>EM:<br>sharon@californiaconsumerattorneys.com<br>chris@californiaconsumerattorneys.com<br>zac@californiaconsumerattorneys.com |

(**X**)   **BY MAIL (CCP §1013(a) and §2015.5):** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Torrance, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit

( )   **BY ELECTRONIC SERVICE (CCP 1010.6.(b)(6):** Based on an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the addressees persons at the electronic notification listed on the Service/Mailing List.

( )   **BY PERSONAL SERVICE (CCP §1011 and §2015.5):** I caused to be delivered such envelope by hand to the addressee.

Executed on March 9, 2020 at Torrance, California.

(**X**) (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
ELIZABETH VELASQUEZ