# EXHIBIT "G"

10-K 1 fcausllc-2014123110k.htm FCA US 12.31.14 10-K

## UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## Form 10-K

**(Mark One)**

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the fiscal year ended December 31, 2014

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from            to
Commission file number 000-54282

# FCA US LLC
**(Exact name of Registrant as Specified in its Charter)**

| DELAWARE | 27-0187394 |
|---|---|
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |
| 1000 Chrysler Drive Auburn Hills, Michigan | 48326 |
| (Address of Principal Executive Offices) | (Zip Code) |

**(248) 512-2950**
*(Registrant's Telephone Number, Including Area Code)*

**Chrysler Group LLC**
*(Former name or former address, if changed since last report)*

**Securities registered pursuant to Section 12(b) of the Act:**
None
**Securities registered pursuant to Section 12(g) of the Act:**
None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.    Yes ☐    No ☑

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.    Yes ☐    No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes ☑    No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).    Yes ☑    No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K, or any amendment to this Form 10-K.    ☑

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).   Yes ☐   No ☒

There is no public market for our equity securities. As of March 4, 2015, there were 1,632,654 Membership Interests issued and outstanding.

The registrant meets the conditions set forth in General Instruction I(2)(a) and (c) of Form 10-K and is therefore filing this form with certain reduced disclosures as permitted by those instructions.

**DOCUMENTS INCORPORATED BY REFERENCE**
**None.**

**SIGNATURE**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

FCA US LLC

Dated: March 4, 2015　　　　　　　　　　　　By:　/s/ RICHARD K. PALMER
　　　　　　　　　　　　　　　　　　　　　　　　　　Richard K. Palmer
　　　　　　　　　　　　　　　　　　　　　　　　　　Senior Vice President and Chief Financial Officer

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated:

| **Signature** | **Title** | **Date** |
|---|---|---|
| /s/ SERGIO MARCHIONNE<br>Sergio Marchionne | Chairman, Chief Executive Officer, President and Chief Operating Officer (principal executive officer) | March 4, 2015 |
| /s/ RICHARD K. PALMER<br>Richard K. Palmer | Senior Vice President and Chief Financial Officer (principal financial officer) | March 4, 2015 |
| /s/ ALESSANDRO GILI<br>Alessandro Gili | Vice President, Chief Accounting Officer and Corporate Controller (principal accounting officer) | March 4, 2015 |
| /s/ REID A. BIGLAND<br>Reid A. Bigland | Director | March 4, 2015 |
| /s/ GIORGIO FOSSATI<br>Giorgio Fossati | Director | March 4, 2015 |
| /s/ LÈO W. HOULE<br>Léo W. Houle | Director | March 4, 2015 |
| /s/ MICHAEL J. KEEGAN<br>Michael J. Keegan | Director | March 4, 2015 |
| /s/ JOHN B. LANAWAY<br>John B. Lanaway | Director | March 4, 2015 |
| /s/ ROBERT G. LIBERATORE<br>Robert G. Liberatore | Director | March 4, 2015 |

| | | |
|---|---|---|
| /s/ MICHAEL M. MANLEY | Director | March 4, 2015 |
| Michael M. Manley | | |
| /s/ HERMANN G. WALDEMER | Director | March 4, 2015 |
| Hermann G. Waldemer | | |

162