# EXHIBIT "H"

**1 Result Found** for people named **ANGELA SPEGAL** located at ▮▮▮▮ **BAKERSFIELD, CALIFORNIA**.

**ANGELA PAULINE SPEGAL, 37 Years Old (Bakersfield, CA, Lake Isabella, CA)** ▮▮▮▮ **BAKERSFIELD, CA 93312-8246 (KERN COUNTY) (04/25/2014 to 03/06/2020)**

| | | | |
|---|---|---|---|
| **ANGELA PAULINE SPEGAL** (06/01/1999 to 09/06/2019) | **Possible Relatives** | **Cities** | **Counties** |
| SSN: ▮▮▮▮ | Jason Ray Spegal 1▮▮▮ Age: **28** | Bakersfield, CA (06/1999 to 03/06/2020) | Kern County, CA (06/1999 to 03/06/2020) |
| Issued: **CALIFORNIA 1988** | Joseph Herlen Spegal ▮▮▮ Age: **36** | Lake Isabella, CA (02/23/2000 to 06/2001) | |
| | | | **Possible Emails** |
| Other People who have used this SSN. This does not usually indicate fraud. | **Indicators** Bankruptcies: **None Found** | **Possible Phones** | ▮▮▮▮ ▮▮▮▮ |
| PETRA MAGANA BARBO **[ View Person Record ]** | Liens: **2 Found**, Latest in 2016 Judgments: **None Found** | ▮▮▮▮ (Mobile)(86%) ▮▮▮▮ | |
| JUAN J GARCIA **[ View Person Record ]** | Utilities: **1 Found** | (LandLine)(67%) ▮▮▮▮ | |
| | | (LandLine)(66%) ▮▮▮▮ | |

**Dates of Birth**
DOB: ▮▮▮▮
Age: **37**

Other DOB: ▮▮▮▮

Gender: **Female**
Dates at Searched Location: **04/25/2014 to 03/06/2020**

Driver's License Detail:
DL#: ▮▮▮▮
DL State: **CA**
Reported Date: **03/17/2004**

**ANGELA P SPEGAL**
▮▮▮▮
**BAKERSFIELD, CA 93308-1733 (KERN COUNTY)**
DOB: ▮▮▮▮

**Address History (10)**

▮▮▮▮ BAKERSFIELD, CA 93312-8246 (KERN COUNTY) (04/25/2014 to 03/06/2020)

▮▮▮▮ BAKERSFIELD, CA 93313-5744 (KERN COUNTY) (12/2010 to 07/05/2014)

▮▮▮▮ BAKERSFIELD, CA 93307-5875 (KERN COUNTY) (08/2000 to 03/03/2011)

▮▮▮▮, BAKERSFIELD, CA 93308-2429 (KERN COUNTY) (04/27/2006 to 12/2007)

▮▮▮▮ BAKERSFIELD, CA 93308-1719 (KERN COUNTY) (10/2001 to 04/27/2006)

▮▮▮▮ BAKERSFIELD, CA 93308-1733 (KERN COUNTY) (10/2001 to 06/2004)
Address contains: **2** apartments

▮▮▮▮ BAKERSFIELD, CA 93308-1733 (KERN COUNTY) (10/26/2001 to 09/09/2002)

Address contains: **2** apartments

    ▌            **BAKERSFIELD, CA 93308-1281 (KERN COUNTY)** (06/1999 to 01/23/2003)
    Address contains: **4** apartments

▌                    **BAKERSFIELD, CA 93308-1281 (KERN COUNTY)** (08/1999 to 06/2000)
Address contains: **4** apartments

▌            **LAKE ISABELLA, CA 93240-1066 (KERN COUNTY)** (02/23/2000 to 06/2001)