# EXHIBIT "I"

**FOR ATTORNEY / LAW FIRM PURPOSES ONLY**

**1 Result Found** for people named **KRISTOPHER HAIL** located at ███████████████ **BAKERSFIELD, CALIFORNIA**.

**KRISTOPHER GERALD HAIL, 37 Years Old (Bakersfield, CA)** ████████████ **BAKERSFIELD, CA 93312-8246 (KERN COUNTY) (04/25/2014 to 03/06/2020)**

| | | | |
|---|---|---|---|
| **KRISTOPHER GERALD HAIL** (11/02/2003 to 09/06/2019) **CHRISTOPHER GERALD HAIL** (08/01/2016 to 02/01/2019) **KRIS GERALD HAIL** (02/18/2003 to 07/07/2017) **KRISTOPHE GERALD HAIL** (12/01/2003 to 02/01/2013) **KRIS HALL** (12/01/2002) SSN: ███████████ Issued: **CALIFORNIA 1988** Other SSNs this person has used. This does not usually indicate fraud. ██████████ | **Possible Relatives** Kenneth Gerald Hail ████  Age: **62** Kevin James Hail ██████  Age: **35** Pam Jean Hail █████  Age: **60** Willie Hail █████  Age: **81** **Indicators** Bankruptcies: **None Found** Liens: **13 Found, Latest in 2018** Judgments: **3 Found, Latest in 2018** Utilities: **2 Found** | **Cities** Bakersfield, CA (07/2002 to 03/06/2020) **Possible Phones** ████████) (Mobile)(86%) ████████ (LandLine)(66%) ████████ (LandLine)(3%) ████████ (LandLine)(3%) ████████PT) (Mobile)(3%) ████████%) | **Counties** Kern County, CA (07/2002 to 03/06/2020) **Possible Emails** ████████████ |

**Date of Birth**
DOB: ████████
Age: **37**

Gender: **Male**
Dates at Searched Location: **04/25/2014 to 03/06/2020**

**Address History (9)**



🔅 ██████████████ **BAKERSFIELD, CA 93312-8246 (KERN COUNTY)** (04/25/2014 to 03/06/2020)

██████████████ **BAKERSFIELD, CA 93313-2181 (KERN COUNTY)** (06/28/2014 to 08/03/2016)
Address contains: **32** suites

██████████████ **BAKERSFIELD, CA 93313-2109 (KERN COUNTY)** (06/28/2014 to 06/28/2014)
Address contains: **32** suites

██████████████ **BAKERSFIELD, CA 93313-5744 (KERN COUNTY)** (12/2010 to 06/2014)

🔅 ██████████████ **BAKERSFIELD, CA 93308-2429 (KERN COUNTY)** (11/2003 to 08/2013)

🔅 ██████████████ **BAKERSFIELD, CA 93307-5875 (KERN COUNTY)** (09/2004 to 03/03/2011)

🔅 ██████████████ **BAKERSFIELD, CA 93308-1733 (KERN COUNTY)** (11/01/2006 to 11/01/2006)
Address contains: **2** apartments

🔅 ██████████████ **BAKERSFIELD, CA 93308-1733 (KERN COUNTY)** (07/2002 to 06/2004)
Address contains: **2** apartments

🔅 ██████████████ **BAKERSFIELD, CA 93308-1719 (KERN COUNTY)** (11/2003 to 06/2006)