Richard L. Stuhlbarg (1780631)
richard.stuhlbarg@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
970 W 190th Street, Suite 700
Torrance, CA 90502
Tel No: 310/ 380-6504
Fax No: 310/ 719-1019

Attorneys for Defendant
FCA US, LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA P. SPEGAL, an individual, and KRISTOPHER G. HAIL, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>CJM AUTOMOTIVE GROUP, INC., a California Corporation; FCA US, LLC, a Delaware Limited Liability Company, and DOES 1 through 75, inclusive,<br><br>Defendants. | CASE NO.: 2:20-at-248<br><br>(Removed from California Superior Court, Kern County - Case No. BCV-20-100311)<br><br>**FCA US LLC'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES [FED. R. CIV. P. 7.1]**<br><br>Action Filed:   January 31, 2020<br>Trial:                None |

Under Federal Rule of Civil Procedure 7.1(a), defendant FCA US, LLC ("FCA"), through its counsel, hereby certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have (1) a financial interest in the subject matter in this lawsuit or in a party to the proceeding; or (2) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding.

FCA US, LLC is the Defendant and has a financial interest in the outcome of this litigation. FCA US, LLC is a single member Delaware Limited Liability

Company. Its sole member is FCA North American Holdings, LLC. FCA US, LLC is not publicly owned. FCA North American Holdings, LLC is a Delaware Limited Liability Company that is the sole member of FCA US, LLC. The sole member of FCA North American Holdings, LLC is Fiat Chrysler Automobiles, N.V.. Fiat Chrysler Automobiles, N.V., is a publicly traded company incorporated under the laws of the Netherlands. Defendant CJM Automotive Inc., is a Defendant and has a financial interest in the outcome of this litigation. Angela P. Spegal is a Plaintiff and has a financial interest in the subject matter of this litigation. Kristopher G. Hail is a Plaintiff and also has a financial interest in the subject matter of this litigation.

DATED: March 9, 2020                                    BOWMAN AND BROOKE LLP


                                            BY:   */s/ Richard L. Stuhlbarg*
                                                  Richard L. Stuhlbarg
                                                  Attorneys for Defendant,
                                                  FCA US, LLC

# PROOF OF SERVICE
## F.R.C.P. Rule 5(b)(2)(3)

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 970 West 190th Street, Suite 700, Torrance, CA 90502 and my e-mail address is:

On March 9, 2020, I served the foregoing documents described as ***FCA US LLC'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES [FED. R. CIV. P. 7.1]*** on all interested parties in this action by enclosing ☒ **a true copy** ☒ the **original** of them in an envelope addressed as follows:

| | |
|---|---|
| Sharon E. Glassey, Esq.<br>Christopher T. Smith, Esq.<br>Zachary H. Rankin, Esq.<br>Glassey \| Smith<br>9685 Via Excelencia, Suite 108<br>San Diego, CA 92126 | **ATTORNEYS FOR PLAINTIFFS**<br><br>Tel:   858/ 207-6127<br>Fax:  858/ 263-0218<br>EM:<br>sharon@californiaconsumerattorneys.com<br>chris@californiaconsumerattorneys.com<br>zac@californiaconsumerattorneys.com |

☒ **BY MAIL (F.R.C.P. Rule 5(b)(2)):** I served the documents by placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's business practice for collecting and processing documents for mailing. On the same day the document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage date is more than 1 day after the date of deposit for mailing in affidavit.

☐ **BY ELECTRONIC SERVICE (CCP 1010.6.(b)(6)):** Based on an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the addressees persons at the electronic notification listed on the Service/Mailing List.

Executed on March 9, 2020, at Torrance, California.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
ELIZABETH VELASQUEZ

22187359v1

3