BOWMAN AND BROOKE LLP
Richard L. Stuhlbarg (SBN 180631)
richard.stuhlbarg@bowmanandbrooke.com
970 West 190th Street, Suite 700
Torrance, CA  90502
Tel:   310.768.3068
Fax:   310.719.1019

Attorneys for Defendants,
FCA US, LLC and CJM AUTOMOTIVE GROUP, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA P. SPEGAL, an individual; and KRISTOPHER G. HAIL, an individual;<br><br>          Plaintiffs,<br><br>vs.<br><br>CJM AUTOMOTIVE GROUP, INC., a California Corporation; FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 75, inclusive;<br><br>          Defendants. | CASE NO.:  1:20-CV-00361-NONE-JLT<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT CJM AUTOMOTIVE GROUP, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT; [PROPOSED] ORDER**<br><br>(Doc. 5) |

Plaintiffs Angela P. Spegal and Kristopher G. Hail ("Plaintiffs") and Defendants FCA US, LLC, a Delaware Limited Liability Company ("FCA US") and CJM Automotive Group, Inc. ("CJM"), (collectively "the Parties") by and through their counsel of record, hereby agree and stipulate as follows:

## STIPULATION

1.      On January 31, 2020 Plaintiff commenced an action in the Superior Court of California in and for the County of Kern titled *Angela P. Spegal and Kristopher G. Hail v. FCA US, LLC et al.* as Case No. BCV-20-100311 ("the Action").

2. On or about March 9, 2020, Defendant FCA US, LLC answered in state court and filed a Notice of Removal of the Action to this Court Pursuant to 28 U.S.C. section 1441(b), based upon diversity jurisdiction.[1]

3. Plaintiff served CJM on or about February 28, 2020, and CJM's responsive pleading was scheduled, therefore, to be due on or before March 30, 2020.

4. On March 30, 2020, the parties stipulated to extend CJM's responsive pleading deadline to April 16, 2020.

5. On April 15, 2020, the parties stipulated that CJM may have additional time within which to answer or otherwise respond to Plaintiffs' Complaint. Therefore, the last day for CJM to answer or otherwise respond to Plaintiffs' Complaint is now Thursday, May 6, 2020.

6. Good cause exists for this extension as defense counsel has just recently, through its representation of FCA US, reached an agreement to indemnify CJM in this matter. As such, defense counsel will need time to become knowledgeable about CJM's sales and service files to prepare an initial pleading.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for FCA US and CJM hereby attests that (1) the content of

///
///
///
///
///
///
///
///
///

---

[1] CJM Automotive Group, Inc., a California Corporation has not yet appeared in this action.

this document is acceptable to all persons required to sign the document; (2) Plaintiffs' counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

DATED: April 15, 2020                                    BOWMAN AND BROOKE LLP

                                                         By:    /s/*Richard L. Stuhlbarg*
                                                                Richard L. Stuhlbarg
                                                                Attorneys for Defendants,
                                                                FCA US, LLC and CJM
                                                                AUTOMOTIVE GROUP, INC.

DATED:  April 15, 2020                                   GLASSEY SMITH

                                                         By:    */s/Sharon E. Glassey*
                                                                Sharon E. Glassey, Esq.
                                                                Christopher T. Smith, Esq.
                                                                Zachary H. Rankin, Esq.
                                                                Attorneys for Plaintiffs,
                                                                Angela P. Spegal and Kristopher G. Hail

## [~~PROPOSED~~] ORDER*

Pursuant to the parties' stipulation, **IT IS SO ORDERED.** Defendant CJM AUTOMOTIVE GROUP, INC. should answer or otherwise respond to Plaintiffs' Complaint on or before Thursday, May 6, 2020.

Dated: April 15, 2020

*[signature]*
United States Magistrate Judge

---

* In future, counsel SHALL lodge a copy of the proposed order to the appropriate email account as required by Local Rule 137(b).

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this ***JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT CJM AUTOMOTIVE GROUP, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT*** is acceptable to all parties and that I obtained authorization from counsel for all parties for their electronic signatures on this ***JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT CJM AUTOMOTIVE GROUP, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT***.

DATED: April 15, 2020          BOWMAN AND BROOKE LLP

                              By:   */s/ Richard L. Stuhlbarg*
                                    Richard L. Stuhlbarg
                                    Attorney for Defendant
                                    FCA US LLC and

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2020, I filed the foregoing document entitled ***JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT CJM AUTOMOTIVE GROUP, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT*** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/ *Richard L. Stuhlbarg*
Richard L. Stuhlbarg