# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA P. SPEGAL, et al., | Case No.: 1:20-cv-00361 NONE JLT |
| Plaintiffs, | ORDER AFTER NOTICE OF SETTLEMENT (Doc. 11) |
| v. | |
| FCA US LLC, et al. | |
| Defendants. | |

The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 5 at 1) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than December 18, 2020**;

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: __October 13, 2020__                    __/s/ Jennifer L. Thurston__
                                                                    UNITED STATES MAGISTRATE JUDGE