# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA P. SPEGAL, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FCA US LLC, et al.<br><br>　　　　Defendants. | Case No.: 1:20-cv-00361 NONE JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND TO CLOSE THIS CASE<br>(Doc. 13) |

The parties have settled their case and have stipulated to the action being dismissed with prejudice. (Doc. 13) They agree that each side will bear their own fees and costs. Id. The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Accordingly, the Clerk of Court is DIRECTED to assign a district judge to this case and to close this action.

IT IS SO ORDERED.

Dated:　**December 15, 2020**　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE